Dismissed and Memorandum Opinion filed February 26, 2009








Dismissed
and Memorandum Opinion filed February 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01182-CV

____________

 

DENNIS RYAN MCERLEAN, Appellant

 

V.

 

AMY GRACE MCERLEAN, Appellee

 



 

On Appeal from the
308th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-07921

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 2, 2008.  On February 17, 2009,
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.